**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re Andrew Hachadorian**
        Debtor                            **Case No. 18-10402 amc**
                                                **Chapter 13**

NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Andrew Hachadorian bankruptcy case as filed an objection to your claim in this bankruptcy case may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashley M. Chan on 7/17/18 at 11:00 am, in Courtroom 5, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

If you or your attorney do not attend the hearing on the objection the court may decide that you do not oppose the objection to your claim.

Dated: 6/6/18

Respectfully submitted,
Attorney for Objector

/s/ RICHARD N. LIPOW
By: RICHARD N. LIPOW
ATTORNEY FOR THE DEBTOR
629 SWEDESFORD ROAD
SWEDESFORD CORPORATE CENTER
MALVERN PA 19355
610-251-2500