# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10402-AMC

ANDREW HACHADORIAN

1115 SPRINGWOOD LANE

COLLEGEVILLE, PA 19426

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ANDREW HACHADORIAN

1115 SPRINGWOOD LANE

COLLEGEVILLE, PA 19426

Counsel for debtor(s), by electronic notice only.

RICHARD N. LIPOW
629 SWEDESFORD RD

MALVERN, PA 19355-

Date: 7/31/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee