**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re Andrew Hachadorian
        Debtor                              Case No. 18-10402 amc
                                                                     Chapter 13

**Praecipe to withdraw Objection to Allowance of Claim and Motion To Disallow, Reduce or Adjust Claim Number 4**

To the Clerk:

Kindly withdraw objection to claim #4.

Dated: 8/24/18

                                                     Respectfully submitted,
                                                          /s/ RICHARD N. LIPOW
                                                    By:_____
                                                    RICHARD N. LIPOW
                                                    ATTORNEY FOR THE DEBTOR
                                                    629 SWEDESFORD ROAD
                                                    SWEDESFORD CORPORATE CENTER
                                                    MALVERN PA 19355

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In re Andrew Hachadorian**
        **Debtor**                               **Case No. 18-10402 amc**
                                                                          **Chapter 13**

**Certification of service**

The undersigned certifies that true and correct copies of the foregoing objection/motion, exhibits, notice of objection and proposed order were served on the Chapter 13 Trustee, the US Trustee by electronic means as well as Creditor by first class mail:

Internal Revenue Service
600 Arch Street
Philadelphia PA 19106-1611

Hon. Brent J. McIntosh
Chief Counsel
Internal Revenue Service
Department of the Treasury
1500 Pennsylvania Ave., N.W.
Washington, D.C. 20220

Hon. William M. McSwain, United States Attorney
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

                                            Respectfully submitted,

                                                  /s/ RICHARD N. LIPOW
                                        By:_____
                                        RICHARD N. LIPOW
                                        ATTORNEY FOR THE DEBTORS
                                        629 SWEDESFORD ROAD
                                        SWEDESFORD CORPORATE CENTER
                                        MALVERN PA 19355