IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ANDREW HACHADORIAN ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| **Moving Party** ) | Case No.: 18-10402 (AMC) |
| ) | |
| v. ) | |
| ) | **Hearing Date: 9-11-18 at 11:00 AM** |
| ANDREW HACHADORIAN ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about October 2, 2018 in the above matter is APPROVED.

Dated: **October 10, 2018**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE