# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10402-AMC

ANDREW  HACHADORIAN

1115 SPRINGWOOD LANE

COLLEGEVILLE, PA 19426

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  ANDREW  HACHADORIAN

  1115 SPRINGWOOD LANE

  COLLEGEVILLE, PA 19426

Counsel for debtor(s), by electronic notice only.

  RICHARD N. LIPOW
  629 SWEDESFORD RD

  MALVERN, PA 19355-

Date: 10/1/2019

        /S/ William C. Miller
        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee