IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | Bankruptcy No.: 18-10402 (AMC) |
| ANDREW HACHADORIAN | Chapter 13 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned herby appears as counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing LLC as servicer for The Bank of New York Mellon fka The Bank of New York, As Trustee for the Certificateholders of the CWALT, Inc., Alternative   Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB, a creditor and party in interest, and that under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Rules for this District ("Local Bankruptcy Rules"), herby requests that all notice given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to or served upon:

**Fei F. Lam, Esquire**
Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone (973) 797-1100
Fax (973) 228-2679
flam@sternlav.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules but also, without limitation, orders and notices of any application, motions, petitions, pleadings, request, complaints or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, or that all prior request are terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

/s/ Fei Lam, Esq.
Stern, Lavinthal & Frankenberg, LLC

**By: Fei F. Lam, Esquire**
Bar I.D. No. 172332

105 Eisenhower Parkway, Suite 302
Roseland, NJ 07068
Phone (973) 797-1100

Counsel for NewRez LLC d/b/a Shellpoint Mortgage Servicing LLC as servicer for The Bank of New York Mellon fka The Bank of New York, As Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Andrew Hachadorian

                Debtor                  CHAPTER 13

NO. 18-10402 AMC

11 U.S.C. Section 362 and 1301

NewRez LLC d/b/a Shellpoint Mortgage Servicing LLC as servicer for The Bank of New York Mellon fka The Bank of New York, As Trustee for the Certificateholders of the CWALT, Inc., Alternative   Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB

                Movant

  vs.

Andrew Hachadorian

                Debtor

Linda Hachadorian

                Co-Debtor

William C. Miller

                Trustee

***CERTIFICATE OF SERVICE***

    I, Fei Lam, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of Secured Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING LLC THE  BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR  THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST  2006-41CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-41CB for Relief from Automatic Stay and Notice of Motion have been served on October 25, 2019, by first class mail, and/or electronic means upon those listed below:

Debtor:
Andrew Hachadorian
1115 Springwood Lane
Collegeville, PA 19426

Co-Debtor
Linda Hachadorian 1115
Springwood Lane
Collegeville, PA 19426

Attorney for Debtor
Richard N. Lipow Esq.
Lipow Law Office
629 Swedesford Road
Malvern, PA 19355

Trustee
William C. Miller Esq.
P.O. x 1229
Philadelphia, PA 19105

Dated: October 25, 2019                    /s/Fei Lam, Esq.

                                           Stern, Lavinthal & Frankenberg LLC
                                           105 Eisenhower Parkway, Suite 302
                                           Roseland, NJ 07068
                                           Phone (973) 797-1100
                                           Fax (973) 228-2679
                                           Attorney for Movant