# LOCAL BANKRUPTCY FORM 9014-3

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Andrew Hachadorian        :     Chapter 13
                                   :
         Debtor                    :     Bankruptcy No. 18-10402 AMC

\* \* \* \* \* \* \*

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Secured Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing LLC as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-41CB, Mortgage Pass-Through Certificates, Series 2006-41CB has filed a Motion with the court for Relief from the Automatic Stay concerning real property located at 1115 Springwood Lane, Collegeville, PA 19426

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 11/08/2019 you or your attorney must do all of the following:

   (a) file an answer explaining your position at

   United States Bankruptcy Court
   Robert N.C. Nix Sr. Federal Court House
   900 Market Street, Suite 204
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:
   Fei Lam, Esq.
   Stern, Lavinthal & Frankenberg LLC
   105 Eisenhower Parkway, Suite 302
   Roseland, NJ 07068
   Phone (973)797-1100
   Fax (973) 228-2679

  (c) mail a copy to the US Trustee,
   William C. Miller, Esq.
   Chapter 13 Trustee
   P.O. Box 1229
   Philadelphia, PA 19105
   Phone (215) 627-1377

 If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

 2. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on 12/12/2019, at 11:00 am, in Courtroom Number 4, United States Bankruptcy Court, Philadelphia Division, Robert N.C. Nix Sr. Federal Court House, 900 Market Street, Suite 204, Philadelphia, PA 19107.

 3. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

 4. You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 25, 2019

            /s/Fei Lam, Esq.
            Stern, Lavinthal & Frankenberg LLC
            105 Eisenhower Parkway, Suite 302
            Roseland, NJ 07068
            Phone (973)797-1100
            Fax (973) 228-2679
            Attorney for Movant