UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
ANDREW HACHADORIAN

Chapter 13

Debtor

Bankruptcy No. 18-10402-AMC

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

11/12/19

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RICHARD N. LIPOW
629 SWEDESFORD RD

MALVERN, PA 19355-

Debtor:
ANDREW HACHADORIAN

1115 SPRINGWOOD LANE

COLLEGEVILLE, PA 19426