```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 18-10402-amc
Andrew Hachadorian                                                      Chapter 13
       Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0313-2           User: Antoinett             Page 1 of 2             Date Rcvd: Nov 14, 2019
                               Form ID: pdf900             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db           +Andrew Hachadorian,    1115 Springwood Lane,    Collegeville, PA 19426-2881
cr           +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr            THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     P.O. Box 10826,
               Greenville, SC 29603-0826
14085297     +BONY as trustee of CWALT, Inc. ALT 2006-41CB,     Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826
14043692     +Credit Management, LP,    Attn: Bankruptcy,    Po Box 118288,    Carrollton, TX 75011-8288
14043695    ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court:   Ditech,     332 Minnesota St Ste 610,    Saint Paul, MN 55101)
14052054     +Ditech Financial LLC,    c/o Kevin McDonald, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Phila., PA 19106-1541
14268948      Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408
14096987     +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
14043699     +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14043701     +Shellpoint Mortgage Servicing,    75 Beattie Pl Ste 300,    Greenville, SC 29601-2138
14043700     +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,   Greenville, SC 29603-0826
14411449     +The Bank of New York, as Trustee,    Fei Lam, Esq.,    105 Eisenhower Parkway, Suite 302,
               Roseland NJ 07068-1640
14089216      US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
14043702     +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
               Madison, WI 53704-3121
14043703     +Us Dept Of Ed/Great Lakes Higher Educati,    Po Box 7860,    Madison, WI 53707-7860
14177235     +William E. Craig, Esquire,    Morton & Craig, LLC,    110 Marter Ave.,   Suite 301,
               Moorestown, NJ 08057-3125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Nov 15 2019 03:38:46      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2019 03:38:19
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2019 03:38:34      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 03:48:10      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14043689      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 03:49:27      Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
14043688     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 15 2019 03:48:50      Capital One,
               Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14043690     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2019 03:38:03      Comenitycapital/boscov,
               Comenity Bank,    Po Box 182125,   Columbus, OH 43218-2125
14043691     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 15 2019 03:38:04      Comenitycapital/boscov,
               Po Box 182120,    Columbus, OH 43218-2120
14043694      E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2019 03:38:00      Ditech,    Attn: Bankruptcy,
               Po Box 6172,    Rapid City, SD 57709-6172
14043696     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Nov 15 2019 03:38:58      Genesis Bankcard Srvs,
               15220 Nw Greenbrier Pkwy Ste 200,    Beaverton, OR 97006-5762
14043697     +E-mail/Text: GenesisFS@ebn.phinsolutions.com Nov 15 2019 03:38:58      Genesis Bankcard Srvs,
               Po Box 4499,    Beaverton, OR 97076-4499
14043698      E-mail/Text: cio.bncmail@irs.gov Nov 15 2019 03:37:58      INTERNAL REVENUE SERVICE,
               CENTRAILIZED INVOLVENCY OPERATION,    PO BOX 7346,   Philadelphia, PA 19101-7346
14074703     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2019 03:38:25      MIDLAND FUNDING LLC,
               PO BOX 2011,    WARREN MI 48090-2011
14044236     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 03:48:16
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14057370      E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2019 03:38:05
               Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
14079466      E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2019 03:38:05
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14048002       Aes/franklin Mint Fcu
14043686       Aes/franklin Mint Fcu
14043687       Aes/m&taselt
14048003       Aes/m&taselt
```

```
District/off: 0313-2           User: Antoinett            Page 2 of 2                  Date Rcvd: Nov 14, 2019
                               Form ID: pdf900            Total Noticed: 33

cr*              Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN  55116-0408
14048005*      ++CAPITAL ONE,    PO BOX 30285,     SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14048004*       +Capital One,    Attn: General Correspondence/Bankruptcy,     Po Box 30285,
                  Salt Lake City, UT 84130-0285
14048006*       +Comenitycapital/boscov,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14048007*       +Comenitycapital/boscov,    Po Box 182120,    Columbus, OH 43218-2120
14048008*       +Credit Management, LP,    Attn: Bankruptcy,    Po Box 118288,    Carrollton, TX 75011-8288
14048009*       +Credit Management, LP,    4200 International Pkwy,    Carrollton, TX 75007-1912
14048011*     ++++DITECH,    332 MINNESOTA ST STE E610,     SAINT PAUL MN  55101-1311
                (address filed with court: Ditech,     332 Minnesota St Ste 610,    Saint Paul, MN 55101)
14048010*       +Ditech,    Attn: Bankruptcy,    Po Box 6172,    Rapid City, SD 57709-6172
14048012*       +Genesis Bankcard Srvs,    15220 Nw Greenbrier Pkwy Ste 200,     Beaverton, OR 97006-5762
14048013*       +Genesis Bankcard Srvs,    Po Box 4499,    Beaverton, OR 97076-4499
14048014*        INTERNAL REVENUE SERVICE,    CENTRAILIZED INVOLVENCY OPERATION,     PO BOX 7346,
                  Philadelphia, PA 19101-7346
14048015*       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14048016*       +Shellpoint Mortgage Servicing,    Attn: Bankruptcy,    Po Box 10826,    Greenville, SC 29603-0826
14048017*       +Shellpoint Mortgage Servicing,    75 Beattie Pl Ste 300,     Greenville, SC 29601-2138
14048018*       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,     2401 International Lane,
                  Madison, WI 53704-3121
14048019*       +Us Dept Of Ed/Great Lakes Higher Educati,    Po Box 7860,    Madison, WI 53707-7860
14043693       ##+Credit Management, LP,    4200 International Pkwy,    Carrollton, TX 75007-1912
                                                                                              TOTALS: 4, * 17, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
```
              FEI   LAM    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-41CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-41CB flam@sternlav.com
              KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              RICHARD N. LIPOW    on behalf of Debtor Andrew  Hachadorian richard@lipowlaw.com,
               ecflipow@gmail.com;r44824@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            Chapter 13
ANDREW HACHADORIAN

                 Debtor                Bankruptcy No. 18-10402-AMC

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

11/12/19

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
RICHARD N. LIPOW
629 SWEDESFORD RD

MALVERN, PA 19355-

Debtor:
ANDREW HACHADORIAN

1115 SPRINGWOOD LANE

COLLEGEVILLE, PA 19426